**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KEVIN WAYNE PROVENCIO**                                                                **PLAINTIFF**
**#269126**

**v.**                                        **Case No. 4:24-cv-00323-KGB**

**CESTUI QUE TRUST CO**                                                              **DEFENDANT**

**ORDER**

Before the Court is the status of this case.  On July 11, 2024, the Court ordered plaintiff Kevin Wayne Provencio to provide a valid mailing address no later than August 12, 2024 (Dkt. No. 4).  The Court also apprised Provencio that Local Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires *pro se* litigants like Provencio:  (1) to notify promptly the Court and the other parties in the case of any change of address; (2) to monitor the progress of the case; and (3) to prosecute or defend the action diligently. The Court further informed Provencio that Local Rule 5.5 also provides that the failure to respond to any communication from the Court within 30 days may result in dismissal of the case (*Id.*).

Provencio failed to pay the statutory filing fee of $405.00, file a properly completed application to proceed *in forma pauperis*, or otherwise respond to the Court's July 11, 2024, Order. Additionally, the copy of the Order mailed to Provencio at the address provided in the complaint has been returned as undeliverable (Dkt. Nos. 5, 6).  Given Provencio's failure to comply with an Order of this Court and to prosecute diligently his case pursuant to Local Rule 5.5(c)(2), the Court dismisses without prejudice Provencio's complaint (Dkt. No. 2).  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Order and the accompanying judgment would not be taken in good faith.

It is so ordered this 8th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge