## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KEVIN WAYNE PROVENCIO**                                                **PLAINTIFF**
**#269126**

**v.**                          **Case No. 4:24-cv-00323-KGB**

**CESTUI QUE TRUST CO**                                                **DEFENDANT**

### JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Kevin Wayne Provencio's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged this 8th day of June, 2026.

Kristine G. Baker
Chief United States District Judge